**Order entered June 3, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00144-CV

**JAMES G. JABLONSKI, Appellant**

**V.**

**ANGELA L. JABLONSKI, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-12362**

## ORDER

Before the Court is appellee's January 13, 2013 motion to dismiss for failure to comply, in which appellee asks this Court to dismiss this appeal because appellant's amended brief failed to comply with the Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). The Court **DENIES** the motion.

/s/     MARY MURPHY
        JUSTICE